UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



FILED
MAY 30 2014
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:14-00109
    26 U.S.C. § 7206(1)

GARY L. ROEHER

I N F O R M A T I O N

The United States Attorney Charges:

COUNT ONE
(Filing A False Tax Return)

On or about October 13, 2013, within the Southern District of West Virginia, defendant GARY L. ROEHER, a resident of Logan County, West Virginia, did willfully make and subscribe an Internal Revenue Service Form 1040, a personal income tax return, which was verified by a written declaration that it was made under the penalties of perjury and which defendant GARY L. ROEHER did not believe to be true and correct as to every material matter. That personal income tax return, which included a Schedule C for a mining part supply business owned and operated by defendant GARY L. ROEHER called CM Supply Co., was prepared and signed in the Southern District of West Virginia,

and was filed with the Internal Revenue Service. Defendant GARY L. ROEHER, fraudulently deducted approximately $43,000, more or less, as a business expense for CM Supply, when, in truth and in fact as he then well knew, said funds were paid to install an in-ground swimming pool at his residence.

In violation of Title 26, United States Code, Section 7206(1).


UNITED STATES OF AMERICA

R. BOOTH GOODWIN II
United States Attorney

By: _____
MEREDITH GEORGE THOMAS
Assistant United States Attorney


By: _____
THOMAS C. RYAN
Assistant United States Attorney