# LETTERS OF SUPPORT
# FOR GARY ROEHER

1. Donica Early
2. Kevin Hatfield
3. Thomas Vanness
4. Mike Stone
5. Clifford L. Collins
6. Michael W. Dunlap
7. Terry Chapman
8. Douglas R. Bell
9. Scott Linville
10. Pastor Randy J. Skeens
11. Deacon James Olbert
12. Pamela Roeher

TO: The Honorable Judge Johnston                September 14, 2014

     United States District Court

     Federal Court House

     Charleston, West Virginia

SUBJECT: Character Reference for Gary L. Roeher

Your Honor,

    My name is Donica Early. I am writing you this letter as a character reference on behalf of my dear friend, Gary Roeher. I became acquainted with Mr. Roeher through my oldest son, David Early. He and Gary's eldest grandson became best friends in Kindergarten and stayed good friends throughout grade school and middle school. Gary and his family has treated my son like he is a part of their family. He plays an important part of my son's life. David has and still to this day is welcomed him into his home and family events. Being a single mother of two boys has been pretty hard at times. In today's society you get bullied and tested for not looking a certain way, having certain things, and race. There has been a number of times I've been down on luck and unable to provide for my son and myself. Without a change of word Gary has helped me in more ways than one. He has been a blessing to me and my son. He is a kind hearted generous man. He's made sure my son and any other child in need never goes without. I've heard Gary say "I never want to see a kid go without." In closing I pray that you will have mercy on Gary Roeher.

                                        Thank You,

                                        Donica Early

                                        304-239-0048



EXHIBIT 1

September 11, 2014

The Honorable Judge Johnston

United States District Court

Federal Court House

Charleston, WV 25305

Re: Gary Roeher

Your Honor,

I am writing this letter as a character reference for Gary L. Roeher. I have known Gary for approximately 5 years, but within that short amount of time, I have never had someone treat my family or I any better or given so generously to the youth of his community.

For the time I have known Gary, he has always been extremely unselfish and given to others who have not been as blessed as him. Much of his time has been spent helping the youth of Logan in any way possible. I was blessed to see this first hand on many occasions because two of his grandsons have played basketball for me along with my children. Anything that a child needed, whether it was food, a place to stay, uniforms, shoes or warmups; Gary was there to provide for every child in need. Gary has never been one to boast and has never wanted to be given credit for something he feels in his heart is the right thing to do.

As a Christian father of four, I am very particular with who my children associate with and spend their time with. Gary has treated my children, as well as me and my wife, as if we were part of his family. He has bought for my children, taken them to basketball tournament when my wife and I could not attend and kept my children because he enjoys them and they are friends with his grandchildren. I can say without hesitation that Gary Roeher is one of the most kind hearted and generous people I have ever had the pleasure of knowing.

In closing, I would ask that you take into consideration the good he has done for others throughout his life. He has truly been an asset to his family, friends, and the community of Logan. I pray that you can find it in yourself to show mercy as you review his case. Thank you in advance for your time and consideration and feel free to contact me at (304) 475-8425 or (304) 784-2053, if you would like to discuss or question me concerning Mr. Roeher.

Sincerely,

Kevin Hatfield



EXHIBIT
2

TO: The Honorable Judge Johnston  September 7, 2014

United States District Court

Federal Court House

Charleston, West Virginia


SUBJECT: Character Reference for Gary L Roeher


Your Honor,

My name is Tom Vanness. I am a Veteran of WWII and a retired Coal Miner. I have known Gary for over 30 Years and he has been a tremendous help to me and my family. I was born March 17, 1923 therefore I am 91 Years old. I have called Gary day and night and he has NEVER failed to come help me whether it be Dr. Appointments at 2P.M. or Emergencies at 2 A.M. At 91 I need someone to count on and Gary's been the one. Throughout all the help he's given me he has never asked anything in return. He's very much a person who gives and not takes. That's is a quality that I have found in very few people in my 91 Years. He has a great family and he's also taught his children and Grandkids to be Givers and not Takers. I've known him for 30 Years and he's not only there for me and my family but I've never seen or even heard of anybody needing help that he wasn't there. I understand you are a busy man but I can assure you this world would be a much better place if we had people with a heart like Gary's. My sincere prayer is for you to take these things into consideration when you decide Gary's Sentencing. I Thank you for allowing me to share these few sentences on the Character of Gary. Again we have no idea what myself, Daughter and my grandson (Who has a disability) would do without him.

Sincerely,

Thomas Vanness

429 Palmer Ave.

Logan, WV 25601

304-752-0557

*Thomas Vanness*

EXHIBIT 3

September 8, 2014

The Honorable Judge Johnston
United States District Court
Federal Court House
Charleston, WV 25305

Re: Gary Roeher

Your Honor,

I am writing this letter as a character reference for Gary L. Roeher. I went to school with Gary and have been friends for over 40 years.

As long as I've known Gary, he has always helped others and given to those who haven't been as fortunate as him. This is a practice he continued as his children were growing up and participating in sports. I've often seen Gary give to those in secret so they wouldn't have to do without and so no attention was drawn to him or the child.

As his chidren have grown and he became a grandparent, he has continued this practice and going as far as to buy for a whole team so that two or three wouldn't feel embarassed because they couldn't afford to purchase a specific shoe or warmup or take part in the team's activity. Gary has always insisted that the children and their parents never be told that anything came from him.

In closing, I would ask that you take into consideration the asset Mr. Roeher has been to our community and find it in yourself to show mercy as you review his case. Thank you in advance for your consideration and feel free to contact me if you would like to discuss or question me concerning Mr. Roeher.

Sincerely,

*Mike Stone*

Mike Stone
(304) 239-0003 home
(304) 752-7173 work

EXHIBIT 4

TO: The Honorable Judge Johnston　　　　　　　　　　　　　　　　August 18, 2014
　　　United States District Court
　　　Federal Court House
　　　Charleston, West Virginia


SUBJECT: Character Reference for Gary L Roeher


Your Honor,

My name is Clifford L Collins, I am a retired First Sergeant from the United States Army with over twenty years of service to our great nation. I am also a Gospel preacher working in both Boone and Logan counties of West Virginia. I have been the father-in-law of Mr Roeher for almost twenty four years, and have known him from his childhood.

During the last twenty plus years I have known Gary to be a very community oriented individual, giving not only of his time, but money and other assets to the children sports organizations around the area. Gary has always had a soft and giving heart especially where under privileged children were involved. He has a tremendous responsibility at this time assisting his daughter and her three children as they're all living with him and my daughter. However; he never complains and he sees to it that all their needs are met. Since his court hearing Gary is again attending Worship Services on a regular basis, and has shown a great deal of remorse for his actions.

In closing Your Honor, I owe you a debt of gratitude for allowing me to submit this letter for your consideration. Secondly, my prayer is that you would take into consideration all the things that I have mentioned in this communication as you make your decision on the punishment of Mr Roeher. My hope is of course, that you may either expunge his sentence altogether, or that you might find it in your heart to issue a minimum sentence. I don't know what his family would do without his support.

Thanking you in advance, I am Clifford L Collins, and if I may be of further assistance, you may reach me at (304) 239-2657.


　　　　　　　　　　　　　　　　　　　　　　　*Clifford L Collins*
　　　　　　　　　　　　　　　　　　　　　　　First Sergeant Retired
　　　　　　　　　　　　　　　　　　　　　　　United States Army
　　　　　　　　　　　　　　　　　　　　　　　P O Box 231
　　　　　　　　　　　　　　　　　　　　　　　Holden, WV 25625


EXHIBIT 5

Michael W. Dunlap
55 Maple Glen Trail
Sumerco, WV 25567

The Honorable Judge Johnston
United States District Court
Federal Court House
Charleston, WV

September 2, 2014

Re: Character Reference for Gary L. Roeher

Your Honor,

I first met Gary Roeher in 1983 while he was calling, as a sales representative, on our mining company in southern West Virginia. He was energetic and had a very engaging personality. I was impressed with his initiative and work ethic. These characteristics were the basis for a friendship and working relationship that has lasted more than thirty years.

In 1989, when I was promoted to general manager of a mine supply company, the first person I hired was Gary Roeher. Through his tenacity and endless energy he tripled our outside sales in a short two year period. Although I moved on to another job, Gary and I continued a close personal and business relationship for another twenty years. During this timeframe Gary never lost the initiative and his personal and work ethic that were originally impressive to me.

Outside our business relationship Gary and I developed a strong personal relationship. Over these thirty years I have observed a truly selfless individual with great family and community ties. Gary has worked relentlessly to support his immediate family as well as other family members who have needed his help. He has spent endless hours and monetary support as a role model and mentor to various individuals and community groups. His contributions to sports activities for youth groups are well known throughout southern West Virginia.

In closing I would simply say that Gary Roeher is a good community individual and a good friend. I am honored to provide my support for Gary and ask that you consider these very positive characteristics for Gary in returning him to his family and his community.

Sincerely yours,

Michael W. Dunlap
Friend and Business Associate

EXHIBIT 6

TO: The Honorable Judge Johnston    September 7, 2014
United States District Court
Federal Court House
Charleston, West Virginia

SUBJECT: Character Reference for Gary L. Roeher

Your Honor,

My name is Terry Chapman and I am the safety director for Coal River Energy off 119 between Danville and Charleston. Before that I was purchasing Director for Patton Mining in Mingo County. I am writing this letter on behalf of my friend whom I've known over 20 Years. I was Gary's neighbor for over 10 Years and probably know as much about him as anyone. He keeps his Grandkids and they play ball with my Kids. Gary has spent his time, money, and any resource he had to see that these boys got to play sports, not only in Logan County but all over the state. He's spent countless hours with these kids that was all from one grade School Competing against High Competition. He kept working with the kids and now they are the best team in the State. He did this alone from buying Uniforms, Warm Ups, Shoes, Food, Rooms, on road trips and everything else. He has gave more to the kids than anyone in Logan County from ages 4 to Middle School. If you ask any of the kids who the Best coach has ever been they will tell you Gary's name 99-100%. Nobody in the area would devote half of what Gary has done. Concerning our boys Gary Roeher is the best hearted man I've ever met, by Far. When it comes to the underprivileged kids he took 60-70% home 4-5 days a week after practice and always feed them before they got home. He is a top notch man that helps anyone in need. Gary's done things for people that no one has a clue about and never mentioned it. I hope and Pray you can get more information on his Life and Generosity before you can come to your decision. There is not a better neighbor, helper, friend who is Trustworthy, Loyal and dependable and Honest to take young boys and turn them into Champion Ball Players. My prayer is for you to allow as



much Lenlency on him as possible. Without Gary there would be so many people whose lives would never be the same. Thanks for allowing me this opportunity to write this letter.

*Terry Chapman*

Terry Chapman
303 Riverside Dr.
Logan, WV 25601
1-304-543-3288

Douglas R. Bell
105 Haddad St.
Madison, WV 25130

The Honorable Judge Johnston
United States District Court
Federal Court House
Charleston, WV

September 4, 2014

Your Honor,

    My name is Doug Bell, retired Mine Operator living in Boone County. I am writing concerning my friend for over 25 years, Gary Roeher. I first met him as an employee of Central Hydraulics and later as a salesman of mine supplies. He is a great salesperson. I have been retired for several years and still see Gary several times a year; he has been and still is a dear friend. I have fished with him in Tennessee and have kept in touch with him on numerous occasions. He is a devoted husband and spends hours with his kids and grandchildren.

    Gary has a young basketball team he supports and spends hours of his time and resources with them. I can honestly say in all my years of dealing with Gary, he was honest and faithful in his work ethics and always in a businesslike manner. I can speak from my personal knowledge and from friends from other companies that have been approached by others (they were not definite in naming anyone) who everyday are subjected to almost blackmail to do business. One friend in particular told me it was a constant dread from Friday evening till Monday morning when went back on the road reminded of the hassle to do business with some people. While I do not know the outcome of this case, neither do I condone what has transpired in the past, but I am asking for leniency and mercy on his behalf. He is my friend now and will be after this case is settled.

    If I can be of assistance, you can call me anytime at 304.369.0135

Sincerely,

*Douglas R. Bell*
Douglas R. Bell


EXHIBIT 8

Scott Linville
255 Cash Lane
Winfield, WV 25526
304-522-6350

The Honorable Judge Johnston
United States District Court
Federal Court House
Charleston, WV 25305

RE: GARY ROEHER

The Honorable Judge Johnston,

    I am Scott Linville, General Sales Manager at C&O Motors Inc in Saint Albans, WV. I am writing to you concerning Gary Roeher, who has been a close friend for over fifteen years.

    Some people are givers, some takers, Gary Roeher is a giver. Gary has been a tremendous leader and role model for kids in his community. Gary has given countless hours and money to children and families in his community. He has done more than you could ask or expect from one person, never wanting anything in return, not even credit or recognition.

    My hope and prayer for Gary, his family, and the families he impacts is leniency. Please consider his life of good works. Thank you for your consideration.

Sincerely,

Scott Linville


EXHIBIT 9

# Central United Baptist Church
PO Box 1558, Logan, WV 25601
Phone: (303-752-9052)
Pastor Randy J. Skeens

August 19, 2014

The Honorable Judge Johnston
United States District Court
Federal Court House
Charleston, WV 25305

**RE: Gary L. Roeher**

Your Honor:

My name is Randy Skeens, Pastor of the Central United Baptist Church, located on the Holden Road in Logan, WV. I am writing this letter as a character reference on behalf of my friend, Gary Roeher. I became acquainted with Gary a number of years ago through my daughter Katie. My daughter is now married to his son, Brad. Through this family relationship I have discovered that Gary is a very kind and compassionate family man who has devoted his life to supporting his family. He has also dedicated himself to make Logan County a better place in which to live. Gary has for years and continues to donate his resources and time to assist those who stand in need. Gary is a good man. I am asking you to please show mercy and grace as you review his case.

Respectively,

*[signature]*

Pastor Randy J. Skeens

EXHIBIT 10

September 8, 2014

The Honorable Judge Johnson

United States Disrtict Court

Federal Court House

Charleston, West Virginia 25305

SUBJECT: Character Reference for Gary L Roeher

Your Honor,

My Name is James Olbert and I am a Deacon at the Createh Mt. Zion missionary Baptist Church on the Holden road. I became acquainted with Gary through his wife who taught my grandchildren at Holden Central Elementary School. I came to know Gary as a Compassionate man who loves, cares, and supports his Family. Not only that but with his resources he also helps others who are in need. We all make mistakes, the scripture said we all have sinned and come short of God's Glory. God is a Forgiving God, and that is the way God would have his people to be. So when Gary's case is reviewed I am asking you to please show mercy and Forgiveness.

Respectively,

Deacon James Olbert

*James Olbert*

304-239-0021

EXHIBIT 11

To: The Honorable Judge Johnson
October 1, 2014

    United States District Court

    Federal Court House

    Charleston, WV


Re: Character Reference for my husband, Gary L. Roeher

Your Honor,

My name is Pamela Roeher, and I am sending you this letter on behalf of my husband, Gary L. Roeher. To begin with, Gary and I will celebrate our twenty-fifth wedding anniversary on the 27th of this month. I would be lying if I said during these twenty-five years we never had trials and tribulations. However, I can say, with all honesty, Gary has always been a devoted husband and my biggest supporter. I dropped out of high school at the age of sixteen, was married and divorced by seventeen, and had a baby by the time I was eighteen years old. Because of this, I had very little confidence in myself. I met Gary in 1988, and we married in 1989. I joined the Lord's church in 1990, and I have been a faithful member ever since. At the time, Gary was not a member of the Lord's church, but he always supported me. In other words, he never put a stumbling block in front of me. Thankfully, we both now attend the Yuma Church of Christ. Together we have one son, Bradley Roeher who will turn twenty-five on June 14th, 2015. I felt like I was finally happy and where I needed to be in life, but I felt sad for my daughter, Jamie who was six years old when Gary and I married. I felt like she wasn't a part of our little family because her last name was different. After months and months of praying, Gary asked to adopt her. We were a family, and I felt like all was right in the world, at least in my world.

Even though I was happily married and had two children who I cherished, there was still something missing. I desperately wanted to be a teacher. Having no confidence in my academic abilities, I thought this dream was too far to reach. When I told Gary I wanted to be a teacher, he said, "Well, go be one." I remember telling him I would have to pass the GED test in order to receive a high school diploma. Once again, he said, "Well, go do it." I told him there was no way I could pass a test like that, but he said, "Yes, you can!" To make a long story short, I


EXHIBIT 12

failed the test, and I thought that was it. My dream was deferred, but again, Gary said, Go take it again!" I did, and I passed. I felt like it was a huge accomplishment, but I still didn't feel like I could pass college classes, and I verbalized this to Gary. He said, "Yes you can!" So I began taking college classes, and I remember saying after each semester, "Well, I've passed this one, but I bet I won't next time." Every time I said I couldn't, Gary said, "Yes, you can!" Today, I can happily say I have been a teacher now for fifteen years thanks to my biggest supporter, my husband, Gary. It wasn't an easy road with two kids, long college hours, and quite a bit of studying, but Gary was right there helping and pushing me all the way.

Not only did Gary support me and help my dream become a reality, he was always there for our children, Jamie and Brad. Jamie started playing sports at the age of six, and she continued playing softball until she graduated high school. Being in college at the time, I had very little time to be there for her during away games. Gary became *her* supporter. He went to every game, and not only did he transport her all over the eastern portion of the United States, but all her friends too. He bought their meals, sponsored teams, and did anything else the girls needed, and they all loved him dearly. To Jamie, he was the dad he didn't have to be, and for this, I will forever be grateful. Gary was also there for our son, Brad. Brad played basketball, soccer, and football. Gary coached most of Brad's teams, transported players, bought uniforms, and as usual, supplied whatever was needed to ensure a successful, happy experience for Brad. In my eyes, Gary is a top notch dad, always going above and beyond to support and encourage both our children, not only during their childhood years, but even now as adults.

Our daughter married at the age of nineteen and had our first grandson in 2002. The man she married was her high school sweetheart, a boy she had dated for about four years. The marriage lasted for approximately ten years. Within those ten years, they had three children, Cameron, Trey, and Riley. During the ten years, they fought just about every day. Two of the biggest issues were financial problems and the way Jamie felt about how my son-n-law treated their three children. My son-n-law came from a family of people who tried to avoid working to make a living. His mother divorced his dad, and he was not a part of his life. For the most part, he was raised by his grandmother and grandfather. He never knew the love of a dad or how to be a dad, so when he became one, he had no role model or guide to turn to for help. It was the same thing when it came to financial matters; he had no idea how to manage his money. He would waste his payday,

and they would be left with bills they couldn't pay. Like always, Gary would step up to the plate and assume the responsibility. He made sure our babies had all the neccesities of life, whether it be electricity, water, food, clothing, etc. After our daughter's divorce, Gary and I became our grandbabies' safety net in all realms of life, financial, physical, emotional, and spiritual.

When our grandsons came of age to participate in sports, Gary was right there with them. Once again he coached, transported, fed, clothed, supported, encouraged, and supplied the needs of not only them, but the less fortunate children on their teams. Our oldest grandson, Cameron loves to fish and hunt. He is a true outdoorsman. Sadly his dad wasn't as interested in those kind of things, so Poppy, which is what they call Gary, was right there to fill his shoes. He and Cameron have been all over the place fishing and hunting ever since he was old enough to hold a fishing pole. They are still avid fishermen and hunters. From the very first day I met Gary, he was extremely passionate about his hobby, Racking horses. He spent a lot of time with this hobby, but when the grandbabies started coming, he spent less and less time in it. Eventually, he even quit showing. His exact words were, "I've lived my life; I want to be with them while they live theirs!" As a child, Gary didn't have a close relationship with his dad. His dad had his friends, and he really never found an interest in doing father- son activities. I'm glad Gary didn't fall into this cycle. Our middle grandson, Trey is more timid than his brother, which became an obstacle for him in a sport he truly loved, basketball. Even though he wanted to play with everything in him, he was nervous about being on a team with a coach he didn't know. But just like all the other times throughout our lives, Gary saved the day. He started coaching Trey's teams, and he has been for the last three or four years. Again, he supported, transported, fed, and supplied the needs of the players on his teams.

As you can see, your Honor, Gary is everything to me, Jamie, Brad, Cameron, Trey, and our youngest, Riley. Metaphorically speaking, he is our safety net in an uncertain world. It is my prayer this day that you will see nothing more than a man whose actions were driven by the love he has for his family. I beg when you read the things I have written in this letter about my husband, Gary, you will show mercy to our family in your decision concerning his sentencing.

Thank you for taking the time to read this humble letter in regards to my husband.

Sincerely yours,

Pamela Roeher

*Pamela Roeher*