IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

STATE OF WEST VIRGINIA,

    Plaintiff,

v.                        CRIMINAL NO. 2:14-00109

GARY L. ROEHER,

    Defendant.

## MOTION FOR AN EARLY TERMINATION OF
## DEFENDANT'S THREE YEAR TERM OF PROBATION

The defendant, Gary Roeher, by counsel, J. Timothy DiPiero, respectfully moves the Court to end Mr. Roeher's supervised probation. Mr. Roeher was sentenced to a three-year period of probation on October 9, 2014, and thus, has served more than half of his time. He has paid all monetary penalties, fines and restitution as well as all due taxes in full. Furthermore, he has been supervised without incident. Mr. Roeher was convicted of a non-violent tax offense and is clearly not a threat to anyone. Since his sentencing, he has been unable to find work and hopes that the release from probation, and thus, the ending of any judicial hold on him, will increase his opportunity to find some kind of gainful employment.

Dated this 18th day of April, 2016.

                                                        GARY L. ROEHER
                                                        Defendant

//s// J. Timothy DiPiero

_____
J. Timothy DiPiero (WV Bar #1021)
DiTRAPANO, BARRETT & DiPIERO,
MCGINLEY & SIMMONS PLLC
604 Virginia Street, East
Charleston, WV 25301
Telephone: (304) 342-0133
Fax: (304) 342-4605

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

STATE OF WEST VIRGINIA,

    Plaintiff,

v.                            CRIMINAL NO. 2:14-00109

GARY L. ROEHER,

    Defendant.

## CERTIFICATE OF SERVICE

I, J. Timothy DiPiero, do hereby certify that a true and correct copy of the foregoing **MOTION FOR AN EARLY TERMINATION OF DEFENDANT'S THREE YEAR TERM OF PROBATION** was served upon the following counsel of record by electronic filing, this 18th day of April, 2016 and addressed as follows:

> Meredith George Thomas
> Assistant United States Attorney
> 300 Virginia Street, East
> Room 4000
> Charleston, WV 25301
> meredith.thomas@usdoj.gov

                                              //s// J. Timothy DiPiero
                                              _____
                                              J. Timothy DiPiero