IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

STATE OF WEST VIRGINIA,

    Plaintiff,

v.                                        CRIMINAL NO. 2:14-00109

GARY L. ROEHER,

    Defendant.

## RENEWED MOTION FOR AN EARLY TERMINATION OF DEFENDANT'S THREE YEAR TERM OF PROBATION

The defendant, Gary Roeher, by counsel, J. Timothy DiPiero, respectfully moves the Court to end Mr. Roeher's supervised probation. Mr. Roeher was sentenced to a three-year period of probation on October 9, 2014, and thus, has served slightly more than two-thirds of his time. He has paid all monetary penalties, fines and restitution as well as all due taxes in full. Furthermore, he has been supervised without incident. Mr. Roeher was convicted of a non-violent tax offense and is clearly not a threat to anyone. Being released from probation would increase his opportunity to find gainful employment.

Dated this 11th day of October, 2016.

                                                      <u>GARY L. ROEHER</u>
                                                      Defendant

//s// J. Timothy DiPiero
_____
J. Timothy DiPiero (WV Bar #1021)
DiTRAPANO, BARRETT & DiPIERO,
MCGINLEY & SIMMONS PLLC
604 Virginia Street, East
Charleston, WV 25301
Telephone: (304) 342-0133
Fax: (304) 342-4605

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

STATE OF WEST VIRGINIA,

    Plaintiff,

v.                                          CRIMINAL NO. 2:14-00109

GARY L. ROEHER,

    Defendant.

## **CERTIFICATE OF SERVICE**

I, J. Timothy DiPiero, do hereby certify that a true and correct copy of the foregoing **RENEWED MOTION FOR AN EARLY TERMINATION OF DEFENDANT'S THREE YEAR TERM OF PROBATION** was served upon the following counsel of record by electronic filing, this 11th day of October, 2016 and addressed as follows:

    Meredith George Thomas
    Assistant United States Attorney
    300 Virginia Street, East
    Room 4000
    Charleston, WV 25301
    meredith.thomas@usdoj.gov

                                              //s// J. Timothy DiPiero
                                              _____
                                              J. Timothy DiPiero